JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>FAI LEE; NIANDI LEE; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-00972-PA-KK<br><br>**ORDER** |

### **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: July 22, 2015

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE